IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: EMPLOYMENT DISCRIMINATION LITIGATION AGAINST THE STATE OF ALABAMA, et al., | ) ) ) ) ) | |
| EUGENE CRUM, JR., et al., | ) ) | |
|     Plaintiffs, | ) ) | |
|     v. | ) ) | CIVIL ACTION NO. 2:94cv356-T (WO) |
| STATE OF ALABAMA, et al., | ) ) | |
|     Defendants. | ) | |

**ORDER**

With the understanding that plaintiffs are pursuing only traditional Title VII, § 1981, etc., claims, and are not seeking enforcement of the <u>Frazer</u> injunction, it is ORDERED that the defendants' motion for summary judgment (Doc. No. 701) is denied.  With this order the court does not resolve class-certification issues and whether certain claims should be pursued in separate litigation

DONE, this the 3rd day of May, 2005.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE