IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
IN RE: EMPLOYMENT            )
DISCRIMINATION LITIGATION    )
AGAINST THE STATE OF         )
ALABAMA, et al.,             )
                             )
EUGENE CRUM, JR., et al.,    )
                             )
    Plaintiffs,              )
                             )
    v.                       )   CIVIL ACTION NO.
                             )      2:94cv356-T
STATE OF ALABAMA, et al.,    )         (WO)
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion for ruling (Doc. No. 756) is granted. The court will try to have a ruling on these matters by mid-July 2006.

DONE, this the 23th day of May, 2006.

                                          /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE