IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
IN RE: EMPLOYMENT           )
DISCRIMINATION LITIGATION   )
AGAINST THE STATE OF        )
ALABAMA, et al.,            )
                            )
EUGENE CRUM, JR., et al.,   )
                            )
    Plaintiffs,             )
                            )
    v.                      )   CIVIL ACTION NO.
                            )    2:94cv356-MHT
STATE OF ALABAMA, et al.,   )        (WO)
                            )
    Defendants.             )
```

JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 890), it is ORDERED that plaintiff David Barley and his claims are dismissed with prejudice with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 21st day of August, 2013.**

                                              **/s/ Myron H. Thompson**
                                     **UNITED STATES DISTRICT JUDGE**