IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
IN RE: EMPLOYMENT              )
DISCRIMINATION LITIGATION      )
AGAINST THE STATE OF           )
ALABAMA, et al.,               )
                               )
EUGENE CRUM, JR., et al.,      )
                               )
    Plaintiffs,                )
                               )
    v.                         )   CIVIL ACTION NO.
                               )    2:94cv356-MHT
STATE OF ALABAMA, et al.,      )       (WO)
                               )
    Defendants.                )
```

JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 911), it is ORDERED that plaintiff Robert Smith and his claims are dismissed with prejudice with the parties to bear their own costs.  Defendants specifically acknowledge that plaintiff Smith has not brought claims relating to events occurring in the last 180 days and this dismissal shall have no effect upon any such potential claims or future claims.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 7th day of November, 2013.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE