IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT ) | |
| DISCRIMINATION LITIGATION ) | |
| AGAINST THE STATE OF ) | |
| ALABAMA, et al., ) | |
| ) | |
| EUGENE CRUM, JR., et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
|    v. ) | CIVIL ACTION NO. |
| ) | 2:94cv356-MHT |
| STATE OF ALABAMA, et al., ) | (WO) |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion for summary judgment (doc. no. 913) is set for submission, without oral argument, on January 3, 2014, with any opposition brief and evidentiary materials due by December 20, 2013, and any reply to the opposition due by January 3, 2014.

DONE, this the 2nd day of December, 2013.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE