IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
IN RE: EMPLOYMENT           )
DISCRIMINATION LITIGATION   )
AGAINST THE STATE OF        )
ALABAMA, et al.,            )
                            )
EUGENE CRUM, JR., et al.,   )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )     2:94cv356-MHT
                            )          (WO)
STATE OF ALABAMA, et al.,   )
                            )
    Defendants.             )
```

ORDER

It having come to the court's attention that plaintiff Carolyn Ball was not served with the submission order on the motion to dismiss her case for failure to prosecute, it is ORDERED that the submission order (doc. no. 935) is vacated.

It is further ORDERED that plaintiff Carolyn Ball must show cause, if any there be, in writing by March 25, 2016, as to why the motion to dismiss her case (doc. no. 932) should not be granted.  If plaintiff

**Ball does not respond by that date, her case will be dismissed.**

    **DONE, this the 11th day of March, 2016.**

                                                    <u>/s/ Myron H. Thompson</u>
                                           **UNITED STATES DISTRICT JUDGE**