IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT         )<br>DISCRIMINATION LITIGATION  )<br>AGAINST THE STATE OF      )<br>ALABAMA, et al.,          )<br>                           )<br>EUGENE CRUM, JR., et al.,  )<br>                           )<br>    Plaintiffs,            )<br>                           )<br>    v.                     )<br>                           )<br>STATE OF ALABAMA, et al.,  )<br>                           )<br>    Defendants.            ) | CIVIL ACTION NO.<br>2:94cv356-MHT<br>(WO) |

ORDER

It is ORDERED that the motion for summary judgment (doc. no. 692) is denied as moot.  The motion seeks summary judgment against intervenor plaintiff Charles C. Chinakwe, whose motion to intervene (doc. no. 353) was converted into a separate civil action, see Order (doc. no. 793), and who was terminated as a party to this action on May 18, 2007.

It is further ORDERED that the related motion (doc. no. 724) to have said motion for summary judgment

considered along with another motion for summary judgment is denied as moot.

DONE, this the 14th day of March, 2016.

                                                 /s/ Myron H. Thompson
                                                **UNITED STATES DISTRICT JUDGE**