IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT ) <br> DISCRIMINATION LITIGATION ) <br> AGAINST THE STATE OF ) <br> ALABAMA, et al., ) <br> ) <br> EUGENE CRUM, JR., et al., ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> STATE OF ALABAMA, et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 2:94cv356-MHT <br> (WO) |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for entry of judgment (doc. no. 950) is granted.

(2) Pursuant to the stipulation of dismissal (doc. no. 897), all claims of plaintiff Mary Golthy, as administrator of the estate of Freddie Golthy, against any and all of the defendants are dismissed with costs taxed as paid.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 21st day of April, 2016.**

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**