IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: EMPLOYMENT DISCRIMINATION LITIGATION AGAINST THE STATE OF ALABAMA, et al., | ) ) ) ) ) | |
| EUGENE CRUM, JR., et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:94cv356-MHT (WO) |
| STATE OF ALABAMA, et al., | ) ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants' motion to dismiss (doc. no. 925) is granted.

(2) All claims of plaintiffs Herman Alexander Powell, Betty C. Crum, Louis Gilchrist, Romanza A. Hamilton, Nonie Williams, Ellen Tolbert, and Gladys D. Jones are dismissed with prejudice, with costs taxed as

paid, and said plaintiffs are terminated as parties to this action.

It is further ORDERED that the motion to dismiss the claims of Nonie Williams (doc. no. 857) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 21st day of April, 2016.

                                       /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE