IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT         )<br>DISCRIMINATION LITIGATION )<br>AGAINST THE STATE OF      )<br>ALABAMA, et al.,          )<br>                           )<br>EUGENE CRUM, JR., et al., )<br>                           )<br>     Plaintiffs,          )<br>                           )<br>     v.                    )<br>                           )<br>STATE OF ALABAMA, et al., )<br>                           )<br>     Defendants.           ) | CIVIL ACTION NO.<br>2:94cv356-MHT<br>(WO) |

OPINION

This matter is before the court on a motion to dismiss the claims of plaintiff Carolyn Ball for failure to prosecute (doc. no. 932). The court entered an order to show cause why the motion should not be granted (doc. no. 944), and in the order warned Ball that if she did not respond by the deadline, her claims would be dismissed. Ball did not respond before the deadline, and, although another month has passed since the deadline, she still has not responded.

**Accordingly, the motion will be granted, and her case will be dismissed.**

**An appropriate judgment will be entered.**

**DONE, this the 27th day of April, 2016.**

  /s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**