IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: EMPLOYMENT ) | | |
| DISCRIMINATION LITIGATION ) | | |
| AGAINST THE STATE OF ) | | |
| ALABAMA, et al., ) | | |
| ) | | |
| EUGENE CRUM, JR., et al., ) | | |
| ) | | |
|     Plaintiffs, ) | | |
| ) | CIVIL ACTION NO. | |
|     v. ) | 2:94cv356-MHT | |
| ) | (WO) | |
| STATE OF ALABAMA, et al., ) | | |
| ) | | |
|     Defendants. ) | | |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants' motion to dismiss (doc. no. 932) is granted.

(2) All claims of plaintiff Carolyn Ball are dismissed with prejudice, with costs taxed as paid, and plaintiff Ball is terminated as a party to this action.

(3) The motion to enforce order and dismiss (doc. no. 949) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 27th day of April, 2016.

                                  /s/ Myron H. Thompson  
                            **UNITED STATES DISTRICT JUDGE**