IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT ) | |
| DISCRIMINATION LITIGATION ) | |
| AGAINST THE STATE OF ) | |
| ALABAMA, et al., ) | |
| ) | |
| EUGENE CRUM, JR., et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:94cv356-MHT |
| ) | (WO) |
| STATE OF ALABAMA, et al., ) | |
| ) | |
|    Defendants. ) | |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (doc. no. 968), it is the ORDER, JUDGMENT, and DECREE of the court that the individual claims of plaintiff-intervenor Thornton Taylor against all defendants are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 20th day of June, 2016.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**