IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT ) | |
| DISCRIMINATION LITIGATION ) | |
| AGAINST THE STATE OF ) | |
| ALABAMA, et al., ) | |
| ) | |
| EUGENE CRUM, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:94cv356-MHT |
| ) | (WO) |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for summary judgment (doc. no. 913) is granted as to plaintiff Wanda Jackson Speights; is denied as to plaintiff Katherine Mathews; and is denied as moot as to former plaintiff Deborah Lumpkin.

(2) The renewed motion for summary judgment, or in the alternative, for an on-the-record status conference

(doc. no. 947) on the claims of plaintiff Speights is denied as moot.

(3) The renewed motion for summary judgment, or in the alternative, to dismiss plaintiff Mathews for want of prosecution (doc. no. 948) is granted as to the motion to dismiss, and is denied as moot as to the motion for summary judgment.

(4) All claims of plaintiff Mathews are dismissed with prejudice for want of prosecution, with no costs taxed, and she is terminated as a party to this action.

(5) Judgment is entered against plaintiff Speights and for defendants, with plaintiff Speights taking nothing by her complaint; in the alternative, plaintiff Speights's claims are dismissed with prejudice for want of prosecution.  Plaintiff Speights is terminated as a party to this action.

(6) Costs are taxed against plaintiffs Speights, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 18th day of July, 2017.

                                      /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**